IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

CLARENCE REDMOND LOGUE, JR.,   )
                               )
      Plaintiff,             )
                               )
v.                             ) CV 305-041
                               )
CHERYL PARSONS, Superintendent,)
et al.,                        )
                               )
      Defendants.            )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Respondents' motion to dismiss the Georgia Department of Corrections as an improper party respondent and motion to transfer this action are **GRANTED**, all named Georgia Respondents are **DISMISSED**, Respondents' request to substitute Vanessa O'Donnell for Respondent Parsons is **DENIED** as **MOOT**, and this action is **TRANSFERRED** to the Central District of California.

SO ORDERED this 18 day of October, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE